FANNY DI LELLO, Landlord, Appellant, v. PATRICK CAROZZA, Tenant, Respondent.*

Supreme Court, Appellate Term, First Department, February 6, 1947.

*Albert N. Cassotta* for appellant.

*Irving I. Erdheim* for respondent.

MEMORANDUM *Per Curiam.* It clearly appears from all the attendant circumstances surrounding the making of the lease herein that it was the intention and understanding of the parties thereto that the phrases, " duration of the war " and " end of the war ", were to mean that day which marked the end of actual hostilities with our enemies (*Matter of Jones* v. *Schneer,* 270 App. Div. 1027).

* Cf. *Malbone Garage* v. *Minkin,* 272 App. Div. 109.— [REP.

The final order should be modified by providing that the rent due for the premises is $300 per month, and as modified affirmed, and judgment reversed and judgment directed dismissing the counterclaim on the merits, with costs.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Ordered accordingly.